COMMONWEALTH of Pennsylvania, Respondent

v.

**Ronald Al TOWNSEND, Petitioner**

**No. 399 WAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Frederick SMITH, Petitioner**

**No. 340 WAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Mario Courtlin PARKER, Petitioner**

**No. 350 WAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.